Ted R. Frame #023736
FRAME & MATSUMOTO
201 Washington Street
Post Office Box 895
Coalinga, CA 93210
Telephone: (559) 935-1552
Facsimile: (559) 935-1555

Stephen N. Cole #053319
THE COLE LAW FIRM
3539 Del Monte Street
West Sacramento, CA 95691
Telephone: (916) 376-0486
Facsimile: (916) 376-0478

ATTORNEYS FOR:

FILED

2005 MAY 12 A 10: 01

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
    DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

\* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| FRESNO SKATING CENTER, INC., and ICE RINK, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CONTINENTAL CASUALTY COMPANY, <br><br> Defendant. | Case No.: CIV-F-02-6321 OWW SMS <br><br> STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL BECAUSE OF SETTLEMENT |

## STIPULATION

It is stipulated by the parties to this action, through their attorneys, that:

1. The parties to this action have reached a full settlement.

2. Under the terms of the settlement between the parties, this action is to be dismissed with prejudice.

3. The Court may enter an order of dismissal accordingly.

1

c:\wp/ls/t/tia/cna/stipulation and proposed order for dismissal because of settlement

Dated: March 30, 2005                Respectively Submitted,
                                     FRAME & MATSUMOTO

                                     STEPHEN M. COLE

                                     By:/s/ Ted R. Frame
                                         TED R. FRAME,
                                         Attorneys for Plaintiffs


Dated: March 30, 2005                CANNON & NELMS

                                     By:/s/ Derrick R. Sturm
                                         DERRICK R. STURM,
                                         Attorneys for Defendant


**ORDER**

SO ORDERED:

Dated: May 16, 2005                  _____
                                     OLIVER W. WANGER,
                                     UNITED STATES DISTRICT JUDGE

c:\wp/ls/t/tia/cna/stipulation and proposed order for dismissal because of settlement